# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| EMMANUEL WELBORN, | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06-759 (SRC) |
| v. | : | |
| | : | **ORDER** |
| ACCUFLEET INTERNATIONAL, INC., | : | **CLOSED** |
| Defendant. | : | |

**CHESLER, U.S.D.J.**

      This matter comes before this Court following the Report and Recommendation ("R&R") filed on July 27, 2006 by Magistrate Judge Patty Shwartz, pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2). The R&R recommended that Plaintiff's Complaint be dismissed following, inter alia, Plaintiff's failure to comply with an order to appear before the Court to show cause why the Complaint should not be dismissed. The time for filing objections to the R&R has expired, and no objections were submitted.

      A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); see also FED. R. CIV. P. 72(b). This Court has reviewed the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Shwartz's analysis and conclusion. Therefore,

    IT IS on this 25th day of September, 2006,

    **ORDERED** that Magistrate Judge Shwartz's R&R (Docket Entry No. 14) is adopted as

1

the opinion of the Court; and it is

   **ORDERED** that Plaintiff's Complaint is hereby **DISMISSED** without prejudice, and this case shall be marked **CLOSED**.

                      s/ Stanley R. Chesler
                      STANLEY R. CHESLER, U.S.D.J.